NUMBER 13-07-00440-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


CAL-CO GRAIN COMPANY, INC., 

WARREN WHATLEY, AND HAROLD L. EVANS, APPELLANTS,


v.



RICHARD WHATLEY AND 

WIFE GLENDA WHATLEY, APPELLEES.

________________________________________________________


On Appeal from the County Court at Law


of Calhoun County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam

 

 Appellants, Cal-Co Grain Co., Inc., Warren Whatley and Harold L. Evans, perfected
appeal from a judgment entered by the County Court of Calhoun County, Texas, in cause
number 05-CV-183. Appellants have now filed a motion to dismiss their appeal. 

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. 
The costs are taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent agreement
of the parties, the court will tax costs against the appellant."). Appellees' motion for
sanctions, having been previously carried with the case, is DENIED.

 Having dismissed the appeal at appellants' request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 PER CURIAM

Memorandum Opinion delivered 

and filed this the 17th day of January, 2008.